IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

---------------------------------------------------- x

MADELEINE CAMPBELL                :   CIVIL ACTION
                                  :
           Plaintiff,             :
                                  :
    v.                            :   No. 10-6723
                                  :
CAPGEMINI U.S. LLC,               :
                                  :
           Defendant.             :
---------------------------------------------------- X

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that this action is hereby dismissed with prejudice, with each party bearing its own respective attorneys' fees, costs, and expenses.

Dated: New York, New York
       February 2_, 2010

CPAM: 3587756.1

| | |
|---|---|
| SIDNEY L. GOLD & ASSOCIATES, P.C. | CHADBOURNE & PARKE LLP |

By: _____
    SIDNEY L. GOLD, ESQUIRE
    I.D. NO.: 21374
    TRACI M. GREENBERG, ESQ.
    I.D. NO.: 86396
    1835 Market Street, Suite 514
    Philadelphia, PA  19103
    (T) (215) 569-1999
    Attorneys for Plaintiff

By: _____
    Gerald D. Silver, Esq.
    30 Rockefeller Plaza
    New York, New York 10112
    (T) (212) 408-5260
    (F) (646) 710-5260
    gsilver@chadbourne.com
    Admitted Pro Hac Vice

    Robert L. Ebby, Esq.
    HANGLEY ARONCHICK SEGAL &
    PUDLIN
    One Logan Square - 27th Floor
    Philadelphia, PA  19103-6933
    (T) (215) 496-7053
    (F) (215) 568-0300
    rle@hangley.com
    Attorneys for Defendant

SO ORDERED:

_____
    U.S.D.J.